UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>ACCIDENT FUND INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 1-22-cv-06739 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject of the matter of the action, that the above-captioned action is voluntarily dismissed with prejudice against the Defendant ACCIDENT FUND INSURANCE COMPANY OF AMERICA pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that facsimile or photocopied signatures shall for purposes of this stipulation be deemed the same as original signatures and that this stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice.

Dated: New York, New York
July 18, 2023

| **COUGHLIN MIDLIGE & GARLAND LLP** | **BRODY, O'CONNOR & O'CONNOR, ESQS.** |
|---|---|
| By: */s/ Gabriel E. Darwick*___<br>　Gabriel E. Darwick, Esq.<br>　Zachary M. Sherman, Esq.<br>　Wall Street Plaza<br>　88 Pine Street, 28th Floor<br>　New York, New York 10005<br>　(212) 483-0105<br>　*Attorneys for Plaintiffs,*<br>　*Zurich American Insurance Company*<br>　*and American Guarantee and Liability*<br>　*Insurance Company* | By: */s/ Scott A. Brody*_____<br>　Scott A. Brody, Esq.<br>　535 8th Ave, 19th Floor<br>　New York, New York 10018<br>　(212) 233-2505<br>　*Attorneys for Defendant,*<br>　*Accident Fund Insurance Company*<br>　*of America* |